UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HEAD MANAGEMENT GROUP, INC. d/b/a CORE MARK,<br><br>  Plaintiff,<br><br>v.<br><br>CINCINNATI CASUALTY COMPANY,<br><br>  Defendant. | Civil Action<br>File No.:   1:14-cv-01480-RWS |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

_____

_____

_____

IT IS SO ORDERED, this __3rd__ day of __August__, 2014.

- 13 -

_____
RICHARD W. STORY
United States District Judge