# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HEAD MANAGEMENT GROUP, INC., | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NOS. |
| v. | : 1:14-CV-1480-RWS |
| | : |
| CINCINNATI CASUALTY COMPANY, | : |
| | : |
| Defendant. | : |

## ORDER

The parties have informed the Court that they have reached a settlement agreement that resolves all the issues in this case. There has been no docket activity in over six months. As such, the Clerk is DIRECTED to administratively close this action with right to reopen in the event that settlement is not consummated.

**SO ORDERED**, this 1st day of October, 2015.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)